UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHARLES E. EWING, )
 )
        Plaintiff, )
 )
   v. ) No. 4:07-CV-1068-CEJ
 )
FRESH IDEALS, et al., )
 )
        Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court upon defendants' motion to compel discovery and disclosure. Plaintiff has not filed a response to the motion, and the time allowed for doing so has elapsed.

According to the motion, the plaintiff has not provided the initial disclosures required by Fed. R. Civ. P. 26 and has not responded to defendants' interrogatories, requests for production of documents and requests for admission. After the deadlines for plaintiff's disclosures and responses to the discovery requests passed, counsel for defendants made a good faith effort to resolve this issue, as required by Local Rule 37-3.04. The Court finds that defendants are entitled to an order compelling disclosure and discovery.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to compel [Doc. #33] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff shall have until **July 21, 2008**, to submit to defendants the following: (1) initial disclosures required by Fed. R. Civ. P. 26(a)(1), (2) answers to defendants' interrogatories, (3) answers to defendants' requests for admission, and (4) documents responsive to defendants' requests for production.

**Plaintiff is warned that if he fails to comply with this Order, this action may be dismissed with prejudice. See Fed.R.Civ.P. 41 and 37(b)(2).**

Dated this 9th day of July, 2008.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE